IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:11-CV-00060-RLV-DSC

MATT JENKINS, )
 )
    Plaintiff, )
v. ) **JUDGMENT ENTERED**
 ) **UNDER RULE 68**
ALLIANCE RECEIVABLES ) *(Fed. R. Civ. P. 68)*
MANAGEMENT, INC., )
 )
    Defendant. )
 )

On May 23, 2011, plaintiff, Matt Jenkins, filed an Offer of Judgment under *Rule 68(a) of the Federal Rules of Civil Procedure,* a Notice of Acceptance of Offer of Judgment, and a Proof of Service. Therefore, under the provisions of *Rule 68(a) of the Federal Rules of Civil Procedure,*

**IT IS ADJUDGED** THAT:

1. Plaintiff, MATT JENKINS, have judgment against defendant, ALLIANCE RECEIVABLES MANAGEMENT, INC., in the sum of $5001.00;

2. Costs included by plaintiff MATT JENKINS up to the date of the Offer are included in the sum specified above.

Dated: 5-27-11

By: Susan M. Johnson [*printed name*]
Deputy Clerk, United States District Court
WESTERN DISTRICT OF NORTH CAROLINA